IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHEMELA THOMAS**  **PLAINTIFF**

v.  Case No. 4:20-CV-01486-LPR

**AUNDREA CULCLAGER, Individually
and in Her Official Capacity; and
WILLIAM PIERCE, Individually**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on the docket yesterday and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) judgment is entered in favor of the Defendants on all strip-search claims, retaliatory-termination claims, retaliatory-search claims, retaliatory-blacklisting claims, *Garrity*-related claims (which include the Fifth Amendment claims and like Arkansas Constitution claims), termination-without-due-process claims, and invasion of privacy claims; (2) all unreasonable-seizure claims and retaliatory-seizure claims are dismissed with prejudice based on qualified immunity; and (3) the battery and false imprisonment claims are dismissed without prejudice.

IT IS SO ADJUDGED this 6th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE